FILED
JAN 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA '08 MJ 8014

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate's Case No.: |
| v. | COMPLAINT FOR VIOLATION OF |
| Ricardo LOPEZ-Nava, Defendant. | Title 21, U.S.C., § 841(a)(1) Possession with Intent to Distribute (Felony) |

The undersigned complainant being duly sworn states:

That on or about January 10, 2008, within the Southern District of California, defendant Ricardo LOPEZ-Nava did knowingly and intentionally possess, with intent to distribute approximately 0.491 kilograms (1.08 pounds) of methamphetamine, Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

CYNTHIA M. BARAJAS
Task Force Officer
Drug Enforcement Administration

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 11TH DAY OF JANUARY, 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Ricardo LOPEZ-Nava

STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents and notes furnished to Drug Enforcement Administration Special Agent Sanchai Dean and Task Force Officer Cynthia M. Barajas.

On January 10, 2008, at approximately 2:30 p.m. United States Border Patrol (USBP) Agents B. Forkey and Agent C. Diaz were assigned to the Highway 86 Checkpoint near Westmorland, California. Agent Forkey was conducting pre-primary screening and contacted Ricardo LOPEZ-Nava. LOPEZ was the sole occupant driver of a 1990 Mazda. LOPEZ identified himself as a Mexican citizen and presented Agent Forkey with a valid Border Crossing Card.

Agent C. Diaz with his service canine approached LOPEZ's vehicle in the secondary inspection area, the canine alerted to the driver's seat of the van. LOPEZ was asked to exit the vehicle. Agent Radley performed a pat down on LOPEZ. While performing a pat down, Agent Radley found two 10.5 inch cylinder shaped packages wrapped in black electrical tape near LOPEZ's crotch area.

The black cylinder shaped packages contained a clear crystal substance packaged in a clear zip-lock bag. Agent C. Diaz used a NIK Test Kit, determined the clear crystal substance tested positive for methamphetamine. The two packages contained a total of 0.491 grams of methamphetamine.

The Drug Enforcement Administration (DEA) was notified and responded. Task Force Officer C. Barajas read LOPEZ his Miranda

warnings verbatim in the Spanish language from a DEA 13A card. LOPEZ acknowledged he understood his rights and agreed to answer questions without the presence of an attorney.

LOPEZ stated he crossed into the United States by foot in the morning. LOPEZ stated his acquaintance unknown name "WYCHO" told him that if he ever needed money he could work some side jobs. WYCHO told LOPEZ to meet an unknown Hispanic Male Adult "HMA", at a clothing store "FALLAS PADERES" in Calexico, California, upon crossing into the United States. WYCHO told LOPEZ upon crossing someone would approach him and hand him some merchandise to transport it to Indio, CA. LOPEZ stated when he crossed the border a "HMA" handed him a plastic bag and told him "Hey te mandan esto" (Hey they send you this). LOPEZ got into his vehicle and was stopped by Border Patrol Agents. LOPEZ stated he did not know what kind of substance was inside the cylinder shaped packages, but he knew that it was something bad and placed them in his crotch area.